UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

GEORGE F. HARCHUCK,

                            Plaintiff,                      **ORDER**

       -against-                             24 Civ. 4373 (AEK)

UNITED STATES OF AMERICA and
BRIAN R. DRAGONI,

                            Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      Now that the government shutdown has concluded, the Clerk of Court is hereby directed to lift the stay in this matter.

      The operative discovery schedule in this matter as of the date the government shutdown began was the June 30, 2025 order at ECF No. 48. At the status conference on September 5, 2025, the Court ordered that the deadline for the completion of expert discovery and all discovery in the case would be held in abeyance pending the outcome of a settlement conference. That conference had been scheduled for November 17, 2025 before Judge McCarthy, but it is this Court's understanding that that settlement conference is being rescheduled so that the parties can complete the expert discovery that they intended to pursue prior to the settlement conference to make that conference more productive.

      In accordance with the Standing Order that was docketed in this case on October 16, 2025, *see* ECF No. 53 at pp. 2-3, the discovery deadlines that had not expired prior to the beginning of the government shutdown all must be extended by 43 days, *see id.* ¶ 2. Accordingly, the revised discovery deadlines are set forth below. This schedule supersedes the June 30, 2025 order (ECF No. 48) for the listed paragraphs.

- Paragraph 6(a): all expert discovery, including expert depositions, must be completed by February 9, 2026.

- Paragraph 6(b): Plaintiff's expert disclosures pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure must be made by November 18, 2025.

- Paragraph 6(c): Defendants' expert disclosures pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure must be made by December 18, 2025.

- Paragraph 7: all discovery must be completed by February 9, 2026.

The February 9, 2026 deadline for completion of expert discovery and all discovery in the case will be held in abeyance pending the outcome of the rescheduled settlement conference.

The parties must file a letter addressed to Judge Krause within three days of the completion of the settlement conference, informing the Court whether the matter has been settled, and if not, proposing a date for the completion of expert discovery and all discovery in the case.

Dated: November 17, 2025
White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge