UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GEORGE F. HARCHUCK,

                        Plaintiff,                  **ORDER**

         -against-                     24 Civ. 4373 (AEK)

UNITED STATES OF AMERICA and
BRIAN R. DRAGONI,

                       Defendants.
-------------------------------------------------------------X
**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

Counsel for Defendant Brian Dragoni filed a purported Notice of Removal, seeking to remove a subrogation action filed against him in state court by New York Central Mutual Fire Insurance Company and incorporate it into this action.  ECF No. 62.  As the Court noted in its scheduling order, ECF No. 63, this does not appear to be an appropriate manner in which to remove a case to federal court—a party seeking to remove a case to federal court usually must initiate a new federal case for the removed matter, and to the extent the new case can be considered related to an existing case, counsel would then have to follow the appropriate procedures for identifying a new case as related to an existing case.

Furthermore, even if there were a procedural mechanism by which a state court action could be removed and incorporated into an existing federal court action, based upon the discussion at the March 23, 2026 status conference, the Court concluded that it lacks subject matter jurisdiction to adjudicate the case sought to be removed because there is neither diversity of citizenship between the current parties to the state court action, as required by 28 U.S.C.§ 1332(a), nor is the United States a party to that action.  Defendant Dragoni has therefore filed a

letter motion, requesting that the Court issue an order remanding the subrogation action to the state court.  ECF No. 64.

Because the state court action was never properly removed to federal court, and the Court does not have subject matter jurisdiction over it, the Court hereby GRANTS the letter motion (ECF No. 64) and orders that the parties to the subrogation action return to New York State Supreme Court, Orange County for further proceedings in the action filed under Index No. EF001702-2026.

Dated: April 2, 2026
       White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge

2