UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

GEORGE F. HARCHUCK,

                          Plaintiff,                          **TRIAL ORDER**

            -against-                                         24 Civ. 4373 (AEK)

UNITED STATES OF AMERICA and BRIAN R.
DRAGONI,

                          Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

The Court hereby sets the following dates and deadlines for trial and all pretrial

proceedings in this matter:

1.  By no later than **July 16, 2026**, the parties must file a joint status report informing the Court whether they want the trial of this case to be conducted entirely as a bench trial or as a hybrid bench / jury trial.

2.  By no later than **August 10, 2026**, Plaintiff must file a letter informing the Court whether his new ankle injury will be included as an issue in this case.

3.  *Daubert* motions, if any, must be filed by no later than **July 31, 2026**; opposition papers must be filed by **August 21, 2026**; and reply papers must be filed by **August 28, 2026**.

4.  The trial will begin on **November 16, 2026** in Courtroom 250.  If the trial is conducted as a hybrid bench / jury trial, then jury selection will be held that morning, with the trial to proceed immediately following the completion of jury selection.  Unless otherwise specified by the Court, the trial will continue each day from 9:00 a.m. until 5:00 p.m.

5.  The parties' proposed Joint Pretrial Order must be filed by **September 14, 2026**. Please review Section 6 of the Court's Individual Practices, available at https://nysd.uscourts.gov/hon-andrew-e-krause, for further instructions regarding the contents of the Joint Pretrial Order, and additional information about all other pretrial filings.

6. Counsel for each party must pre-mark their trial exhibits and provide the opposing party and the Court with a tabbed binder or binders containing courtesy copies of the party's trial exhibits and deposition designations by **September 14, 2026**.

7. To the extent that the trial will be conducted at least in part as a bench trial, the parties' proposed findings of fact and conclusions of law must be filed by **September 14, 2026**. In addition to filing these submissions on ECF, the parties must send copies in Microsoft Word format to the Court via email to KrauseNYSDChambers@nysd.uscourts.gov.

8. If the parties decide that the trial will be conducted in part as a jury trial, then the parties' joint proposed *voir dire* questions must be filed by **September 14, 2026**.

9. If the parties decide that the trial will be conducted in part as a jury trial, then the parties' joint proposed requests to charge must be filed by **September 14, 2026**. The parties must jointly provide a proposed request to charge for each claim or defense to be presented to the jury. Each proposed request to charge must indicate the authority for the requested instruction and, if a pattern instruction is used, whether the proposed instruction has been adapted or modified.

10. If the parties decide that the trial will be conducted in part as a jury trial, then the parties' joint proposed verdict form must be filed by **September 14, 2026**.

    The parties' joint proposed *voir dire* questions, requests to charge, and verdict form must each consist of a single document. To the extent a party objects to another party's *voir dire* questions, requests to charge, or verdict form, the joint submission must include the objecting party's ground(s) for objection and proposed alternative. In addition to filing the three joint submissions on ECF, the parties must send copies in Microsoft Word format to the Court via email to KrauseNYSDChambers@nysd.uscourts.gov.

11. Any motions *in limine* must be filed by **September 14, 2026**.

    The parties are hereby advised to consult and comply with the requirements of Local Civil Rule 6.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, which requires the moving party to confer or attempt to confer with the relevant other party or parties in a good faith effort to resolve the issue or issues asserted in the motion without intervention of the Court.

12. Responses to any motions *in limine* must be filed by **September 28, 2026**.

2

13. A final pretrial conference will be held on **November 3, 2026** at **12:00 p.m.** in Courtroom 250.

Dated: June 16, 2026
       White Plains, New York

                                **SO ORDERED.**

                              ANDREW E. KRAUSE
                              United States Magistrate Judge